FILED

JAN - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOMPKINS BUILDERS, INC.,  )
                          )
         Plaintiff        )      CASE NUMBER  1:07CV00045
                          )
v.                        )      JUDGE: Emmet G. Sullivan
                          )
ABBA BONDING, INC. and    )      DECK TYPE: Contract
WGG, INC.                 )
                          )      DATE STAMP: 01/09/2007
         Defendants.      )

## CERTIFICATE UNDER LOCAL RULE LCvR7.1

I, the undersigned, counsel of record for Tompkins Builders, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tompkins Builders, Inc., which have any outstanding securities in the hands of the public:

1. Tompkins Builders, Inc. is wholly owned by Turner Construction Company.

2. Turner Construction Company is wholly owned by Hochtief.

3. Hochtief is publicly traded on the German stock exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 9, 2007

Attorney of Record

*[signature]*

Douglas L. Patin (D.C. Bar No. 295139)
Robert J. Symon (D.C. Bar No. 436245)
BRADLEY ARANT ROSE & WHITE LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, DC 20036
Tel. (202) 393-7150
Fax (202) 347-1684
*Attorneys for Tompkins Builders, Inc.*