IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TOMPKINS BUILDERS, INC.** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ABBA BONDING, INC.** | ) | CIVIL ACTION NO.  1:07CV00045 |
| | ) | |
| and | ) | |
| | ) | |
| **WGG, INC.** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

    Please file the enclosed Green Card and Return of Service by private process server indicating service of the Initial Order, Complaint and Summons in the above matter was made upon the registered agent for defendant WGG, Inc. in the above matter on February 16, 2007.

    Respectfully submitted,

    BRADLEY ARANT ROSE & WHITE, LLP

    /s/ Douglas L. Patin
    Douglas L. Patin, D.C. Bar No. 295139
    Robert J. Symon, DC Bar 436245
    1133 Connecticut Ave., NW, 12th Floor
    Washington, D.C. 20036
    (202) 719-8241

February 21, 2007                          Counsel for *Tompkins Builders, Inc.*

# UNITED STATES DISTRICT COURT
## District of Columbia

Tompkins Builders, Inc.,
      Plaintiff

    V.

ABBA Bonding, Inc.
and WGG, Inc.,
      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00045

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 01/09/2007

TO: (Name and address of Defendant)

WGG, Inc.
SERVE: Registered Agent
Gerald W. Ittig
1901 Eighteenth Street, N.W.
Washington, D.C. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas L. Patin, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Ave., N.W., 12th Floor
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      JAN - 9 2007

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/16/07 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

(G) Served personally upon the defendant. Place where served: 1420 9th St. N.W. Wash, D.C. 20001

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/16/07        *Lloyd Thompson*
             Date                Signature of Server

                         1220 L St. N.W. Wash, D.C. 20005
                         Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gerald W. Ittig<br>Registered Agent for<br>WGG, Inc.<br>1901 Eighteenth St, N.W.<br>Washington, D.C. 20009 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0000 7427 8405 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE
SOUTHERN MD [illegible]
22 JAN 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Douglas L. Patin, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Ave., N.W., 12th Floor
Washington, DC 20036