A0 458 (Rev. 11/04 DC)-Appearance

# *United States District Court*
# *For the District of Columbia*

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER    1:07CV00045 |
| | ) | |
| ABBA BONDING, INC., et al., | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of ____Donna M. Crowe____ as counsel in this
                                  (Attorney's Name)
case for: ____Tompkins Builders, Inc.____
              (Name of party or parties)


   3/12/2007                                    /s/ Donna M. Crowe
Date                                            Signature

                                                Donna M. Crowe
                                                Print Name

481946
BAR IDENTIFICATION                              Bradley Arant Rose & White LLP
                                                1133 Connecticut Ave., N.W., 12th Floor
                                                Address

                                                Washington,   DC        20036
                                                City          State     Zip Code

                                                (202) 393-7150
                                                Phone Number