IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC.,          ) | |
|      ) | |
|        *Plaintiff*,     ) | Case No. 1:07CV00045 |
|      ) | Judge Emmet G. Sullivan |
|    v.     ) | |
|      ) | |
| ABBA BONDING, INC., *et al.*,     ) | |
|      ) | |
|        *Defendants*.     ) | |

**ANSWER TO COUNTERCLAIM OF WGG, INC.**

Tompkins Builders, Inc. ("Tompkins"), by counsel, responds to the Counterclaim alleged by Defendant WGG, Inc. ("WGG") as follows:

1. Tompkins admits only that Tompkins and WGG entered into a written Subcontract, whereby WGG agreed, among other things, to perform and furnish all work, labor, services, materials, plant, equipment, tools, scaffolds, appliances and other things necessary to perform the glass and glazing work for the Capitol Hill Tower Project. Tompkins states that the terms of the Subcontract speak for themselves and therefore, to the extent the allegations in Paragraph 1 of the Counterclaim concern facts pertaining to written documents and the allegations are inconsistent therewith, they are denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Insofar as the WHEREFORE clause following Paragraph 6 of WGG's Counterclaim contains allegations against Tompkins, such allegations are denied. Insofar

as any allegation in the Counterclaim was not admitted or denied specifically in the preceding paragraphs, it is denied. Insofar as it has the right to do so, Tompkins reserves the right to amend this Answer at any time and will take advantage of any defense occasioned by ABBA Bonding Inc.'s or WGG's own evidence or occasioned by any other evidence in this action.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted against Tompkins.

### SECOND AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrines of release, accord and satisfaction, failure of consideration, unclean hands, failure to satisfy conditions precedent, mistake, and/or by the expiration of any applicable limitations period(s), contractual, statutory, or otherwise.

### FOURTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by the intervening and supervening acts of others.

### FIFTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by the express terms of the applicable contract(s) between the parties.

### SIXTH AFFIRMATIVE DEFENSE

WGG's Counterclaim is invalid in that Tompkins fully complied with its contractual obligations, and/or is otherwise discharged from any such obligations.

### SEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred because WGG failed to furnish timely notice of its claims, and failed to timely submit its claim submissions.

### EIGHTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by WGG's failure to mitigate its damages, which damages Tompkins denies.

### NINTH AFFIRMATIVE DEFENSE

Tompkins denies that it owes any monies to WGG and demands strict proof thereof.

### TENTH AFFIRMATIVE DEFENSE

WGG's Counterclaim is barred by WGG's own breaches of contract and breaches of warranty.

### ELEVENTH AFFIRMATIVE DEFENSE

WGG's Counterclaim is barred because sums are not justly due WGG.

Insofar as it has the right to do so, Tompkins reserves the right to assert any additional defenses that may be available based upon the facts as they become known through discovery or during any trial of this matter.

WHEREFORE, Tompkins Builders, Inc. respectfully requests that WGG's Counterclaim be dismissed with prejudice, and that judgment be entered against WGG and in favor of Tompkins, and that Tompkins be entitled to recovery of its attorneys' fees and costs, together with such other relief as the Court deems just and proper.

Dated:  March 28, 2007                           Respectfully submitted,


/s/ Donna M. Crowe
Douglas L. Patin (D.C. Bar No. 295139)
Robert J. Symon (D.C. Bar No. 436245)
Donna M. Crowe (D.C. Bar No. 481946)
BRADLEY ARANT ROSE & WHITE, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
Tel: (202) 393-7150
Fax: (202) 347-1684

*Attorneys for Plaintiff, Tompkins Builders, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2007, a true copy of the foregoing Answer to Counterclaim was served by first-class mail, postage prepaid, and electronic filing on the following:

Paul V. Waters, Esq.
David Hilton Wise, Esq.
WATERS & WISE, P.L.L.C.
10565 Fairfax Boulevard, Suite 205
Fairfax, Virginia 22030
*Attorneys for Defendants*

                                          /s/ Donna M. Crowe_____
                                          Donna M. Crowe