IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 1:07cv00045 |
| | ) | Judge Emmet G. Sullivan |
| v. | ) | |
| | ) | |
| ABBA BONDING, INC., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**REPORT OF PARTIES' RULE 26(f) PLANNING MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), a conference was held on March 29, 2007 and was attended by:

| | |
|---|---|
| Paul V. Waters | Donna M. Crowe |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| Waters & Wise, PLLC | Bradley Arant Rose & White LLP |
| 10565 Fairfax Blvd. | 1133 Connecticut Ave., N.W. |
| Suite 205 | 12th Floor |
| Fairfax, VA  22030 | Washington, D.C.  20036 |

2.  Pre-Discovery Disclosures.  The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **May 1, 2007**.

3.  Discovery Plan.  The parties jointly propose to the court the following discovery plan:

   Unless otherwise agreed below, the parties will comply with the federal and local rules, and applicable law, with regard to discovery, motions practice and pre-trial disclosures.

   Disclosure or discovery of electronically stored information should be handled as follows:

   The parties agree to initially limit requests for production of e-mail to no more than 5 key custodians for Plaintiff and Defendants, and to identify to each other the names of the custodians on or before **May 1, 2007**.  Should either Plaintiff or Defendants believe that the 5-custodian limit is insufficient, the parties agree to work together to agree on additional custodians.

The parties agree to produce e-mail in native format, unless otherwise agreed.

The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows:

For electronic information only, the parties may assert claims of privilege after production, and the receiving party must, without delay, return to the producing party or destroy any and all information as to which a privilege is claimed, and may not use or disclose such information until the claim is resolved. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it.

All discovery commenced in time to be completed by **October 1, 2007**.

Maximum of 25 interrogatories by Plaintiff and by Defendants. Responses due 30 days after service.

Maximum of 50 requests for admission by Plaintiff and by Defendants. Responses due 30 days after service.

The parties agree to initially limit depositions to a maximum of 5 fact witness depositions by Plaintiff and 5 by Defendants. This excludes experts. Should any party believe that the 5-fact witness limit is insufficient, the parties agree to work together agree on additional fact witness depositions.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

Initial expert disclosures for affirmative claims by **August 1, 2007**.
Responding expert disclosures by **September 3, 2007**.

   4.   The parties do not request a scheduling conference with the Court before entry of the scheduling order.

   5.   The parties request a pretrial conference on **December 3, 2007**.

   6.   Plaintiff and Defendants should be allowed until **June 1, 2007** to join additional parties and to amend the pleadings.

7.	All potentially dispositive motions should be filed by **October 2, 2007**, opposition motions by **October 23, 2007**, and rebuttal motions by **October 30, 2007**.

8.	The case should be ready for trial by **February 4, 2008**.

9.	The parties have discussed and are continuing to consider the possibility of settlement.


Date:   April 4, 2007

| | |
|---|---|
| s/  Paul V. Waters | s/   Donna M. Crowe |
| Paul V. Waters | Donna M. Crowe |
| (D.C. Bar No. 368970) | (D.C. Bar No. 481946) |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| Waters & Wise, PLLC | Bradley Arant Rose & White LLP |
| 10565 Fairfax Boulevard | 1133 Connecticut Ave., N.W. |
| Suite 205 | 12th Floor |
| Fairfax, Virginia 22030 | Washington, D.C.  20036 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ABBA BONDING, INC., *et al.*, )<br>)<br>*Defendants*. )<br>_____) | Case No. 1:07cv00045<br>Judge Emmet G. Sullivan |

**PROPOSED ORDER**

The parties having consented to entry of this Order, and for good cause appearing, IT IS HEREBY ORDERED, that:

1. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **May 1, 2007**.

2. All discovery shall be commenced in time to be completed by **October 1, 2007**.

3. Initial expert disclosures for affirmative claims are due **August 1, 2007.**

4. Responding expert disclosures are due **September 3, 2007.**

5. A pretrial conference will be held on **December 3, 2007.**

6. Plaintiff and Defendants should be allowed until **June 1, 2007** to join additional parties and to amend the pleadings.

7. All potentially dispositive motions should be filed by **October 2, 2007**, opposition motions by **October 23, 2007**, and rebuttal motions by **October 30, 2007**.

8. Trial will take place commencing on **February 4, 2008.**

5/6503.1

9. The Report of the Parties' Rule 26(f) Planning Meeting is hereby incorporated into this Order by reference.

IT IS SO ORDERED.
This ____ day of April, 2007.

_____
Hon. Judge Emmet G. Sullivan

cc:  Donna M. Crowe
*Attorney for Plaintiff*
Bradley Arant Rose & White LLP
1133 Connecticut Ave., N.W.
12th Floor
Washington, D.C. 20036

Paul V. Waters
*Attorney for Defendants*
Waters & Wise, PLLC
10565 Fairfax Boulevard
Suite 205
Fairfax, Virginia 22030