**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:07cv00045 |
| ) | Judge Emmet G. Sullivan |
| v. ) | |
| ) | |
| WGG, INC. ) | |
| ) | |
| and ) | |
| ) | |
| ABBA BONDING, INC., ) | |
| ) | |
| *Defendants*. ) | |
| _____) | |

**WGG, INC. AND ABBA BONDING, INC.'S RULE 26 INITIAL DISCLOSURES**

COMES NOW WGG, Inc. ("WGG") and ABBA Bonding, Inc. ("ABBA"), by counsel, pursuant to Federal Rule of Civil Procedure 26, and states as follows:

**Rule 26(A) Disclosure of Individuals likely to have Discoverable Information**

1.  Robert Carlson
    WGG, Inc.
    654 West Main Street
    Palmyra, PA
    (717) 838-9775

2.  Mark Witthoff
    WGG, Inc.
    654 West Main Street
    Palmyra, PA
    (717) 838-9775

3.  John W. Johnston
    P.O. Box 20067
    Pensacola, FL 32524-0067
    (850) 473-9323 x. 7757

4.  Chris Johnson
    3643 Alder Oaks Blvd., #6405
    Bowie, MD 20716

    (240) 882-1379

5.    Jacqui Orrico
   WGG, Inc.
   654 West Main Street
   Palmyra, PA
   (717) 838-9775

6.    Cher Poitevien
   WGG, Inc.
   654 West Main Street
   Palmyra, PA
   (717) 838-9775

7.    Russell A. Miller
   403 Glenwood Avenue
   654 West Main Street
   Palmyra, PA
   (717) 838-9775

8.    Philip J. Keller
   313 Cherry St.
   Montoursville, PA 17754
   (570) 368-8802

9.    Warren P. Basco
   P.O. Box 1388
   Port Barre, LA 70577
   (337) 592-0428

10.   James P. Dempsey, III
    1040 Dewy Ave.
    Williamsport, PA 17701
    (570) 494-2127

11.   Gregory S. Jones
    4792 Ridge Road
    Elizabethtown, PA 17022
    (717) 387-8638

12.   Paul W. Letterman
    231 Dove St.
    Williamsport, PA 17701
    (570) 419-9522

13. William L. Rockwell
    1134 Haotner Avenue
    Williamsport, PA 17701
    (570) 329-2007

14. John Miller
    Graham Architectural Products
    1551 M Rose Ave.
    York, PA 17403
    (717) 849-8100

15. Randy Boardman
    Graham Architectural Products
    1551 M Rose Ave.
    York, PA 17403
    (717) 849-8100

16. Bill Wilder
    Graham Architectural Products
    1551 M Rose Ave.
    York, PA 17403
    (717) 849-8100

17. Millstone Enterprises, Inc.
    9800-B Fallard Terrace
    Upper Marlboro, MD 20772-6710
    (301) 599-7505

18. Pittco Architectural Metals, Inc.
    1530 Landmeier Road
    Elk Grove Village, IL 60007
    (800) 992-7488

19. Kenseal Construction Products
    799 Edwards Road
    Parsnippany, NJ 07054
    (973) 325-6330

20. Morris Sears
    ABBA Bonding, Inc.
    1334 Ridgewood Drive
    Lillian, AL 36549
    (351) 963-3858

21. Gary Heibult
    ABBA Bonding, Inc.

    1334 Ridgewood Drive
    Lillian, AL 36549
    (351) 963-3858

22. Ed Small
   Tompkins Builders, Inc.
   1000 New Jersey Ave., S.E.
   Washington, DC 20003
   (202) 554-5983

23. John G. Madden
   Tompkins Builders, Inc.
   1000 New Jersey Ave., S.E.
   Washington, DC 20003
   (202) 554-5983

24. Derek Brown
   Tompkins Builders, Inc.
   1000 New Jersey Ave., S.E.
   Washington, DC 20003
   (202) 554-5983

25. Albert Hastings
   Tompkins Builders, Inc.
   1000 New Jersey Ave., S.E.
   Washington, DC 20003
   (202) 554-5983

26. Ed von Roemer
   Tompkins Builders, Inc.
   1000 New Jersey Ave., S.E.
   Washington, DC 20003
   (202) 554-5983

27. Anna Maria Toia
   Tompkins Builders, Inc.
   1000 New Jersey Ave., S.E.
   Washington, DC 20003
   (202) 554-5983

28. Shahab Kamrad
   Tompkins Builders, Inc.
   1000 New Jersey Ave., S.E.
   Washington, DC 20003
   (202) 554-5983

29. David Lagen
    Tompkins Builders, Inc.
    1000 New Jersey Ave., S.E.
    Washington, DC 20003
    (202) 554-5983

30. Nick Vangeli
    Tompkins Builders, Inc.
    1000 New Jersey Ave., S.E.
    Washington, DC 20003
    (202) 554-5983

31. Joseph Carr
    Tompkins Builders, Inc.
    1000 New Jersey Ave., S.E.
    Washington, DC 20003
    (202) 554-5983

32. Moe Dashti
    Tompkins Builders, Inc.
    1000 New Jersey Ave., S.E.
    Washington, DC 20003
    (202) 554-5983

33. Rick Smallwood
    Tompkins Builders, Inc.
    1000 New Jersey Ave., S.E.
    Washington, DC 20003
    (202) 554-5983

34. Bill Pennington
    Tompkins Builders, Inc.
    1000 New Jersey Ave., S.E.
    Washington, DC 20003
    (202) 554-5983

35. Axel Gehrisch
    Tompkins Builders, Inc.
    1000 New Jersey Ave., S.E.
    Washington, DC 20003
    (202) 554-5983

36. Dana Hunter
    SKI Architects & Planners
    7735 Old Georgetown Road
    Betheseda, MD 20814

       (301) 654-9300

37. Akira Watanabe
    SKI Architects & Planners
    7735 Old Georgetown Road
    Betheseda, MD 20814
    (301) 654-9300

38. Abed Benzima
    SKI Architects & Planners
    7735 Old Georgetown Road
    Betheseda, MD 20814
    (301) 654-9300

39. George Sorial
    SKI Architects & Planners
    7735 Old Georgetown Road
    Betheseda, MD 20814
    (301) 654-9300

40. John Skeffington
    CJ Coakley Company, Inc.
    7732 Lee Highway
    Falls Church, VA 22042

41. Mike Cantrall
    Miller & Long
    4824 Rugby Ave.
    Bethesda, MD 20814

42. Tim Carroll
    Spartan Masonry Group
    9710 Traville Gateway Drive
    Rockville, MD 20850
    (301) 926-9600

43. TSI Exterior Wall Systems
    3705 West Street
    Landover, MD 20785
    (301) 322-7200

44. KM Builders
    7602-B Fullerton Road
    Springfield, VA 22153
    (703) 912-6553

45. Sheldon Stein
    NJA Development Partner LLC
    c/o Valhal Corporation
    55 Fifth Avenue
    New York, NY 10003
    (212) 675-6900

46. Steven Willman
    Tishman
    666 Fifth Avenue
    New York, NY 10103

47. Turner Construction Co., Inc.
    3865 Wilson Boulevard
    Arlington, VA 22203
    (703) 841-5200

48. Aon Risk Service Inc. of Massachusetts
    99 High St.
    Boston, MA 02110
    (617) 482-3100

49. Discovery has just begun. Defendants reserve the right to supplement this disclosure to name additional individuals and/or entities with knowledge of facts relevant to the claims and defenses involved in this matter. In addition, Defendants incorporate the individuals and entities identified by Tompkins in its Rule 26 Disclosures.

## **Rule 26(B) Disclosure of Categories of Documents**

1. Project Estimate

2. Project Correspondence

3. Daily Work Reports

4. Payroll Reports

5. Construction Schedules

6. Change Orders

7. Requests for Information

8. Purchase Orders

9. Submittals

10. Shop Drawings

11. Project Meeting Minutes

12. Materials Specifications

13. Project Notes

14. Field Measurement Data

## Rule 26(C) Disclosure of Computation of Damages

| WGG Change Orders | Original Contract Amount: Description | $1,741,657 |
|---|---|---|
| CO #1 | General Wage Determination | $23,245 |
| COs # 2, 2A, 6, 7 | Sign panels/panning/insulation | $60,000 |
| CO #4 | Remove & Replace Windows | $26,808 |
| CO #8 | Panning @ EIFS to brick | $23,342 |
| CO #9 | Window size change | $11,746 |
| CO #10 | Panning system | $58,500 |
| CO #13 | Added door - terrace | $2,389 |
| CO #15 | Remove & Replace Windows | $1,737 |
| CO #16 | Corner Window Modifications | $95,451 |
| CO #17 | Slab Edge Cover | $57,889 |
| CO #19 | Panning modification 10th & 11th Floors | $1,623 |
| CO #19A | 11th Floor cut panning | $3,115 |
| CO #20 | RFI 329, Drs 137 & 145 to SF6 | $7,008 |
| CO #22 | Trim Above Sliders | $3,114 |
| CO #23 | CW Corner Trim & 11th Floor kneewalls | $10,457 |
| CO #24 | Layout & Install Blocking | $36,293 |
| CO #25 | Incorrect Window Openings | $889,511 |
| CO #26 | BM @ pool windows (13) | $8,842 |
| CO #27 | Oversize Caulk Joints | $100,000 |
| CO #28 | CCIP Insurance Claim | $291,419 |
| | **Total Contract Amount:** | **$3,454,146** |
| | **Total Amount Paid:** | **$1,636,403** |
| | **Amount Due WGG:** | **$1,817,743** |

8

Date:  May 1, 2007                                    Respectfully Submitted,


                                                                _/s/  Paul V. Waters_____
                                                                Paul V. Waters, D.C. Bar No. 368970
paulwaters@waterswise.com
David Hilton Wise, D.C. Bar No. 427796
davidwise@waterswise.com
WATERS & WISE, P.L.L.C.
3243 P Street, N.W.
Washington, DC 20007
Tel:   (202) 338-1338
Fax:   (202) 338-3888
*Counsel for Defendants WGG, Inc. and ABBA Bonding, Inc.*


### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2007 a true copy of Defendant ABBA Bonding, Inc. and Defendant WGG, Inc.'s Rule 26 Disclosures was served by e-filing and first-class mail, postage-prepaid, on the following:

Donna Crowe, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Ave., N.W.
12th Floor
Washington, D.C.  20036
*Counsel for Plaintiff Tompkins Builders, Inc.*


                                                               _/s/  Paul V. Waters_____
                                                                Paul V. Waters