IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WGG, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> WGG, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVELERS CASUALTY AND ) <br>   SURETY COMPANY OF AMERICA, ) <br> One Tower Square ) <br> Hartford, CT 06183 ) <br> ) <br> and ) <br> ) <br> FEDERAL INSURANCE COMPANY, ) <br> 15 Mountain View Road ) <br> P.O. Box 1615 ) <br> Warren, NJ 07061 ) <br> ) <br> and ) <br> ) <br> FIDELITY AND DEPOSIT COMPANY ) <br>   OF MARYLAND, ) <br> 3910 Keswick Road ) <br> Baltimore, MD 21211 ) <br> ) <br> and ) <br> ) <br> ZURICH AMERICAN INSURANCE ) <br>   COMPANY, ) <br> 1400 American Lane ) <br> Schaumburg, IL 60196 ) <br> ) | Case No. 1:07CV00045 <br> Judge Emmet G. Sullivan |

1

      *Third-Party Defendants.*   )
                                              )

## THIRD-PARTY COMPLAINT

WGG, Inc. ("WGG"), by counsel, for its Third-Party Complaint against Travelers Casualty and Surety Company of America ("Travelers"), Federal Insurance Company ("Federal"), Fidelity and Deposit Company of Maryland ("Fidelity"), and Zurich American Insurance Company ("Zurich"), state the following:

## PARTIES

1. WGG is a corporation organized and existing under Pennsylvania law, with its principal place of business located in Palmyra, Pennsylvania.

2. Travelers is a corporation organized and existing under Connecticut law, with its principal place of business located in Hartford, Connecticut.

3. Federal is a corporation organized and existing under Indiana law, with its principal place of business located in Warren, New Jersey.

4. Fidelity is a corporation organized and existing under Maryland law, with its principal place of business located in Baltimore, Maryland.

5. Zurich is a corporation organized and existing under New York law, with its principal place of business located in Schaumburg, Illinois.

## JURISDICTION

6. This Court has jurisdiction over this action under 28 U.S.C. § 1332. There is complete diversity of citizenship between the parties. The amount in controversy exceeds $75,000; exclusive of interest, fees, and costs.

7.   Venue is proper in this Court under 28 U.S.C. § 1391. The parties each engaged in business in this judicial district and a substantial part of the events giving rise to the claims at issue took place in this judicial district.

## PAYMENT BOND ACTION

8.   On or about January 21, 2004, Tompkins Builders, Inc. ("Tompkins") entered into a contract with NJA Development Partner LLC to construct the Capitol Hill Tower apartments, located at 1000 New Jersey Avenue, S.E., Washington, D.C. (the "Project").

9.   On or about June 17, 2004, Travelers, Federal, Fidelity, and Zurich (collectively, the "Sureties") issued a payment bond on behalf of Tompkins in the amount of $38,798,492 to guarantee payment for all labor and materials provided to the Project (the "Payment Bond").

10.   On or about November 2, 2004, WGG entered into a subcontract with Tompkins to perform certain glass and glazing work on the Project.

11.   WGG provided materials and labor to the Project for which Tompkins has not made payment to WGG.

12.   Despite WGG's demand for payment, the Sureties have failed and refused to pay WGG.

13.   As a result of the Sureties' breach of the terms of the Payment Bond, WGG has been damaged in an amount of approximately One Million Dollars.

WHEREFORE, WGG demands judgment in its favor against Travelers, Federal, Fidelity, and Zurich in the amount of approximately One Million Dollars, or as proven at trial, plus interest, and for such further and different relief as the Court deems just and proper.

Dated: May 30, 2007

Respectfully submitted,

WATERS & WISE, P.L.L.C.

/s/ Paul V. Waters
Paul V. Waters, D.C. Bar No. 368970
paulwaters@waterswise.com
David Hilton Wise, D.C. Bar No. 427796
davidwise@waterswise.com
3243 P Street, N.W.
Washington, D.C. 20007
Tel:   (202) 338-1338
Fax:   (202) 338-3888
*Counsel for WGG, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2007, a true copy of the foregoing Third-Party Complaint was served by first-class mail, postage prepaid, on the following:

Donna L. Crowe, Esq.
BRADLEY ARANT ROSE & WHITE, L.L.P.
1133 Connecticut Avenue, NW, 12th Floor
Washington, DC 20036
*Attorneys for Tompkins Builders, Inc.*

/s/ Paul V. Waters
Paul V. Waters