CO-386-online
10/03

# United States District Court
# For the District of Columbia

Tompkins Builders, Inc().

      vs     Plaintiff

WGG, Inc., et al.

              Defendant

Civil Action No. 1:07CV00045 EGS

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Federal Insurance Company  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Federal Insurance Company  which have any outstanding securities in the hands of the public:

Chubb Corp.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

426257
BAR IDENTIFICATION NO.

Jeffrey M. Mervis
Print Name

51 Monroe Street, Suite 608
Address

Rockville, MD 20850
City    State    Zip Code

301-762-0020
Phone Number