CO-386-online
10/03

# United States District Court
# For the District of Columbia

Tompkins Builders, Inc.

            vs      Plaintiff

WGG, Inc., et al.

                 Defendant

Civil Action No. 1:07CV00045 EGS

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Fidelity and Deposit Company of Maryland__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fidelity and Deposit Company of Maryland__ which have any outstanding securities in the hands of the public:

Zurich Financial Services

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____/s/_____
Signature

426257
BAR IDENTIFICATION NO.

Jeffrey M. Mervis
Print Name

51 Monroe Street, Suite 608
Address

Rockville, MD 20850
City       State       Zip Code

301-762-0020
Phone Number