CO-386-online
10/03

# United States District Court
# For the District of Columbia

Tompkins Builders, Inc.

                vs       Plaintiff        Civil Action No. __1:07CV00045  EGS__

WGG, Inc., et al.

                     Defendant

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Travelers Casualty and Surety Co. of Amercia__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Travelers Casualty and Surety Co. of Amercia__ which have any outstanding securities in the hands of the public:

The St. Paul Travelers Companies, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

426257
BAR IDENTIFICATION NO.

Jeffrey M. Mervis
Print Name

51 Monroe Street, Suite 608
Address

Rockville, MD 20850
City     State     Zip Code

301-762-0020
Phone Number