CO-386-online
10/03

# United States District Court
# For the District of Columbia

Tompkins Builders, Inc. )
)
)
)
vs        Plaintiff )    Civil Action No.  1:07CV00045  EGS
)
WGG, Inc., et al. )
)
)
Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Zurich American Insurance Company  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Zurich American Insurance Company  which have

any outstanding securities in the hands of the public:

Zurich Financial Services

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

426257
_____
BAR IDENTIFICATION NO.

Jeffrey M. Mervis
_____
Print Name

51 Monroe Street, Suite 608
_____
Address

Rockville, MD 20850
_____
City        State        Zip Code

301-762-0020
_____
Phone Number