IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>WGG, INC., *et al.*, )<br>)<br>*Defendants*. )<br>_____ ) | Case No. 1:07cv00045<br>Judge Emmet G. Sullivan |

### CONSENT MOTION TO AMEND SCHEDULING ORDER

COMES NOW all Parties, by undersigned counsel, pursuant to Federal Rule of Civil Procedure 16 and U.S. District Court for the District of Columbia Rule 16.4, to respectfully submit this Consent Motion to Amend Scheduling Order in this matter, and in support thereof state as follows:

1. The Court entered a "Scheduling and Magistrate Referral Order" in this matter on April 30, 2007 which set forth August 1, 2007 as the deadline for filing Initial Rule 26(a)(2) disclosures and September 3, 2007 as the deadline for filing Responding Rule 26(a)(2) disclosures..

2. Counsel for all parties request additional time to prepare these Rule 26(a)(2) disclosures because of the complexity of the issues involved in this matter.

3. The Parties are therefore seeking to modify the dates in the Scheduling Order approximately 30 days as follows:

| | **Original Date** | **New Date** |
|---|---|---|
| **Initial Rule 26(a)(2) statements:** | **August 1** | **September 3, 2007** |
| **Responding Rule 26(a)(2) statements:** | **September 3, 2007** | **October 1, 2007** |
| **Fact and expert discovery closed:** | **October 1, 2007** | **November 5, 2007** |
| **Dispositive motions filed:** | **October 2, 2007** | **November 6, 2007** |
| **Opposition to dispositive motions filed:** | **October 23, 2007** | **November 27, 2007** |

1

2

**Rebuttal to oppositions filed:**             October 30, 2007     December 4, 2007.

4. No party to this matter will be prejudiced by the Court's granting the relief requested in this Motion.

5. All parties to this matter have consented to the relief that is sought by this Motion.

WHEREFORE, all parties request that the Court grant this Consent Motion to Amend Scheduling Order.

Dated: July 2, 2007                                                    Respectfully Submitted,

| | |
|---|---|
| /s/ Robert J. Symon | /s/ Paul V. Waters |
| Robert J. Symon, Esq. | Paul V. Waters, D.C. Bar No. 368970 |
| rsymon@bradleyarant.com | paulwaters@waterswise.com |
| Donna M. Crowe, Esq. | David Hilton Wise, D.C. Bar No. 427796 |
| dcrowe@bradleyarant.com | davidwise@waterswise.com |
| Bradley Arant Rose & White, LLP | WATERS & WISE, P.L.L.C. |
| 1133 Connecticut Ave., N.W., 12th Floor | 3243 P Street, N.W. |
| Washington, DC 20007 | Washington, DC 20007 |
| Tel:   (202) 719-8294 | Tel:   (202) 338-1338 |
| Fax:  (202) 338-3888 | Fax:  (202) 338-3888 |
| *Counsel for Tompkins Builders, Inc.* | *Counsel for Defendants WGG, Inc. and ABBA Bonding, Inc.* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
|     *Plaintiff*, ) | Case No. 1:07cv00045 |
| ) | Judge Emmet G. Sullivan |
|   v. ) | |
| ) | |
| WGG, INC., *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

    The Parties, by counsel, submit the following Memorandum of Points and Authorities in support of their Consent Motion to Amend the Scheduling Order:

    1.    Federal Rule of Civil Procedure 16

    2.    U.S. District Court for the District of Columbia Rule 16.4

    3.    The inherent power of this Court to control its own docket.

Dated: July 2, 2007                                  Respectfully Submitted,

| | |
|---|---|
| _/s/ Robert J. Symon_____ | _/s/ Paul V. Waters_____ |
| Robert J. Symon, Esq. | Paul V. Waters, D.C. Bar No. 368970 |
| rsymon@bradleyarant.com | paulwaters@waterswise.com |
| Donna M. Crowe, Esq. | David Hilton Wise, D.C. Bar No. 427796 |
| Dcrowe@bradleyarant.com | davidwise@waterswise.com |
| Bradley Arant Rose & White, LLP | WATERS & WISE, P.L.L.C. |
| 1133 Connecticut Ave., N.W., 12th Floor | 3243 P Street, N.W. |
| Washington, DC 20007 | Washington, DC 20007 |
| Tel:  (202) 719-8294 | Tel:  (202) 338-1338 |
| Fax:  (202) 338-3888 | Fax:  (202) 338-3888 |
| *Counsel for Tompkins Builders, Inc.* | *Counsel for Defendants WGG, Inc. and ABBA Bonding, Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., | ) | |
| | ) | |
|     *Plaintiff*, | ) | Case No. 1:07cv00045 |
| | ) | Judge Emmet G. Sullivan |
| v. | ) | |
| | ) | |
| WGG, INC., *et al.*, | ) | |
| | ) | |
|     *Defendants*. | ) | |
| _____ | ) | |

## ORDER

**THIS MATTER COMES BEFORE THE COURT** upon the consent motion of all parties for the amendment of the scheduling order, and,

**IT APPEARING** that there is good cause to amend the scheduling order, it is therefore

**ORDERED** that the discovery dates shall be amended as follows:

|  | **New Date** |
|---|---|
| **Initial Rule 26(a)(2) statements:** | September 3, 2007 |
| **Responding Rule 26(a)(2) statements:** | October 1, 2007 |
| **Fact and expert discovery closed:** | November 5, 2007 |
| **Dispositive motions filed:** | November 6, 2007 |
| **Opposition to dispositive motions filed:** | November 27, 2007 |
| **Rebuttal to oppositions filed:** | December 4, 2007. |

**ENTERED** on this _____ day of _____, 2007.

_____
The Honorable Emmet G. Sullivan