IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:07cv00045 |
| ) | Judge Emmet G. Sullivan |
| v. ) | |
| ) | |
| WGG, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |
| ) | |
| WGG, INC., ) | |
| ) | |
| *Third-Party Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| TRAVELERS CASUALTY AND SURETY ) | |
| COMPANY OF AMERICA, *et al.*, ) | |
| ) | |
| *Third-Party Defendants*. ) | |
| ) | |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

COMES NOW Waters & Wise, PLLC, Counsel for Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc., pursuant to Local Rule 83.6, to respectfully request this Court for leave to withdraw their appearance for the reasons set forth in the accompanying Memorandum of Points and Authorities attached hereto.

WHEREFORE, Counsel respectfully request that this Court grant their Motion for Leave to Withdraw and enter an Order striking their appearance as counsel of record for Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc.

2

Date:   July 17, 2007                                    Respectfully Submitted,

                                                          /s/  Paul V. Waters
Paul V. Waters, D.C. Bar No. 368970
paulwaters@waterswise.com
David Hilton Wise, D.C. Bar No. 427796
davidwise@waterswise.com
WATERS & WISE, P.L.L.C.
3243 P Street, N.W.
Washington, DC 20007
Tel:    (202) 338-1338
Fax:   (202) 338-3888

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of July, 2007 a true copy of Waters & Wise, PLLC's Motion for Leave to Withdraw their appearance as Counsel for Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc., Notice to Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc., Statement of Points and Authorities in Support of Waters & Wise, PLLC's Motion for Leave to Withdraw their appearance as Counsel for Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc., and a Proposed Order were served by first-class mail, postage-prepaid, on the following:

ABBA Bonding, Inc.
c/o Morris Sears, President
1334 Ridgewood Drive
Lillian, Alabama 36549

WGG, Inc.
c/o Robert Carlson, President
654 W. Main Street
Palmyra, Pennsylvania 17078

Robert J. Symon, Esq.
Donna M. Crowe, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Ave., N.W.
12th Floor
Washington, D.C.  20036
*Counsel for Plaintiff Tompkins Builders, Inc.*

Jeffrey M. Mervis, Esq.
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD 20850
*Counsel for Third-Party Defendants Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company*

                                                     /s/  Paul V. Waters_____
                                                    Paul V. Waters

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., | ) | |
| | ) | |
|     *Plaintiff*, | ) | Case No. 1:07cv00045 |
| | ) | Judge Emmet G. Sullivan |
| v. | ) | |
| | ) | |
| WGG, INC., *et al.*, | ) | |
| | ) | |
|     *Defendants*. | ) | |
| | ) | |
| WGG, INC., | ) | |
| | ) | |
|     *Third-Party Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, *et al.*, | ) | |
| | ) | |
|     *Third-Party Defendants*. | ) | |

**NOTICE TO DEFENDANT AND THIRD-PARTY PLAINTIFF WGG, INC. AND DEFENDANT ABBA BONDING, INC.**

    Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc. are hereby notified that each has the right to obtain new counsel in this matter. If either party intends to conduct this case *pro se* or intends to object to the withdrawal of Waters & Wise, PLLC, that party must so notify the Court within 5 days of service of this Motion.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>WGG, INC., *et al.*, )<br>)<br>*Defendants.* )<br>———————————————)<br>)<br>WGG, INC., )<br>)<br>*Third-Party Plaintiff*, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY AND SURETY )<br>   COMPANY OF AMERICA, *et al.*, )<br>)<br>*Third-Party Defendants.* )<br>———————————————) | Case No. 1:07cv00045<br>Judge Emmet G. Sullivan |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL FOR DEFENDANT AND THIRD-PARTY PLAINTIFF WGG, INC. AND DEFENDANT ABBA BONDING, INC.**

　　　　Waters & Wise, P.L.L.C. submit this Memorandum of Points and Authorities in support of their Motion for Leave to Withdraw their appearance as Counsel for Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc., stating as follows:

　　　　1.　　Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc. have been non-responsive to Counsel's communications and requests for information, and the discovery deadlines in this matter.

1

2.  Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc. have failed to participate with Counsel in developing a case strategy to address the issues presented in this matter.

3.  Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc. have failed to pay for services rendered by Counsel in this matter in accordance with the representation agreement between Counsel and the parties.

4.  There is no trial date scheduled in this matter.

5.  No party would suffer undue prejudice from the granting of the Motion.

WHEREFORE, Counsel respectfully request that this Court grant their Motion for Leave to Withdraw, and enter an Order striking their appearance as counsel of record.

Date:   July 17, 2007					Respectfully Submitted,

						 /s/  Paul V. Waters_____
						Paul V. Waters, D.C. Bar No. 368970
						paulwaters@waterswise.com
						David Hilton Wise, D.C. Bar No. 427796
						davidwise@waterswise.com
						WATERS & WISE, P.L.L.C.
						3243 P Street, N.W.
						Washington, DC 20007
						Tel:    (202) 338-1338
						Fax:    (202) 338-3888

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:07cv00045 |
| ) | Judge Emmet G. Sullivan |
| v. ) | |
| ) | |
| WGG, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ──────────────────────── ) | |
| ) | |
| WGG, INC., ) | |
| ) | |
| *Third-Party Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| TRAVELERS CASUALTY AND SURETY ) | |
| COMPANY OF AMERICA, *et al.*, ) | |
| ) | |
| *Third-Party Defendants*. ) | |
| ──────────────────────── ) | |

**ORDER**

**UPON CONSIDERATION** of Waters & Wise, P.L.L.C.'s Motion for Leave to Withdraw Appearance as Counsel for Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc., it is hereby

**ORDERED** that the Motion for Leave to Withdraw Appearance as Counsel for Defendant and Third-Party Plaintiff WGG, Inc. and Defendant ABBA Bonding, Inc. is granted, and it is further,

**ORDERED** that the appearance of Waters & Wise, P.L.L.C., Paul V. Waters, Esq., and David Hilton Wise, Esq. are hereby stricken and removed as counsel of record from any further

2

proceedings in this matter. All further documents to be delivered to WGG, Inc. or ABBA Bonding, Inc. shall be served on or delivered to ABBA Bonding, Inc. or WGG, Inc.

**ENTERED** on this _____ day of _____, 2007.

_____
The Honorable Emmet G. Sullivan