**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-45 (EGS) |
| v. ) | |
| ) | |
| ABBA BONDING, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| WGG, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRAVELERS CASUALTY AND SURETY ) | |
| COMPANY OF AMERICA, *et al.*, ) | |
| ) | |
| Third-Party Defendants. ) | |

**ORDER**

Pending before the Court is the Motion to Withdraw as Defendants' Counsel filed by Waters & Wise, PLLC, Counsel for Defendant and Third-Party Plaintiff WGG, Inc. ("WGG") and Defendant ABBA Bonding, Inc. ("ABBA").  Upon consideration of the motion, defendants' notice thereof, and there being no opposition to the motion, the Court finds that withdrawal is proper under Local Civil Rule 83.6(c).  Therefore, it is by the Court hereby

**ORDERED** that the Motion to Withdraw as Defendants' Counsel is **GRANTED**; and it is

**FURTHER ORDERED** that defendants WGG and ABBA are directed to inform the Court how they intend to proceed in this case by no later than August 10, 2007; and it is

**FURTHER ORDERED** that if no notification is filed by defendants, the other parties shall jointly file a status report and recommendation for future proceedings by no later than August 24, 2007.

**SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**August 1, 2007**

**Notice to:**
ABBA Bonding, Inc.
c/o Morris Sears, President
1334 Ridgewood Drive
Lillian, Alabama 36549

WGG, Inc.
c/o Robert Carlson, President
654 W. Main Street
Palmyra, Pennsylvania 17078