IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
| *Plaintiff,* ) | Case No. 1:07CV00045 |
| ) | Judge Emmet G. Sullivan |
| v. ) | |
| ) | |
| ABBA BONDING, INC., *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |
| WGG, INC., ) | |
| ) | |
| *Third-Party Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| TRAVELERS CASUALTY AND ) | |
| SURETY COMPANY OF AMERICA, ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| FIDELITY AND DEPOSIT COMPANY ) | |
| OF MARYLAND, and ZURICH ) | |
| AMERICAN INSURANCE COMPANY, ) | |
| ) | |
| *Third-Party Defendants.* ) | |

## ORDER

UPON CONSIDERATION OF Tompkins Builders, Inc.'s, Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company's Motion for Default Judgment against ABBA Bonding, Inc. and WGG, Inc. and for Involuntary Dismissal of WGG, Inc.'s Claims ("Motion");

AND UPON CONISDERATION OF any opposition thereto;

IT IS HEREBY ORDERED that Tompkins Builders, Inc.'s, Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company's Motion is GRANTED;

AND IT IS FURTHER ORDERED that WGG, Inc.'s counterclaims and third-party claims in the above-captioned case against Tompkins Builders, Inc., Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company are DISMISSED WITH PREJUDICE and JUDGMENT is entered against WGG, Inc. and in favor of Tompkins Builders, Inc. and Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company;

AND IT IS FURTHER ORDERED that Tompkins Builders, Inc. is granted JUDGMENT in its favor against WGG, Inc. and ABBA Bonding, Inc., as to all claims asserted against them in the Complaint, including an award of damages in the amount of $1,036,828.97.

_____
Judge Emmet G. Sullivan

Serve copies to:

ABBA Bonding, Inc.
1334 Ridgewood Drive
Lillian, AL  36549
ATTN:  Morris Sears

WGG, Inc.
654 W. Main Street
Palmyra, PA  17078
ATTN:  Robert Carlson

5/7502.1

Gerald W. Ittig
1901 Eighteenth Street, N.W.
Washington, D.C. 20009
*Registered Agent for WGG, Inc.*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
*Attorneys for Tompkins Builders, Inc.*

Jeffrey M. Mervis
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD 20850
*Attorneys for Travelers Casualty and Surety Company of America,*
*Federal Insurance Company, Fidelity and Deposit Company*
*of Maryland, and Zurich American Insurance Company*