IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ABBA BONDING, INC., *et al.*, )<br>)<br>*Defendants.* )<br>_____)<br>)<br>WGG, INC., )<br>)<br>*Third-Party Plaintiff,* )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA, )<br>FEDERAL INSURANCE COMPANY, )<br>FIDELITY AND DEPOSIT COMPANY )<br>OF MARYLAND, and ZURICH )<br>AMERICAN INSURANCE COMPANY, )<br>)<br>*Third-Party Defendants.* )<br>_____) | Case No. 1:07CV00045<br>Judge Emmet G. Sullivan |

## STATUS REPORT AND RECOMMENDATION FOR FUTURE PROCEEDINGS

Pursuant to the Court's August 1, 2007, Order, Tompkins Builders, Inc. ("Tompkins"), Travelers Casualty and Surety Company of America ("Travelers"), Federal Insurance Company ("Federal"), Fidelity and Deposit Company of Maryland ("F&D"), and Zurich American Insurance Company ("Zurich")(collectively, the "Sureties"), by their respective counsel, submit this Status Report and Recommendation for Future Proceedings as a result of ABBA Bonding, Inc.'s and WGG, Inc.'s failure to comply with the Court's Order directing them to inform the Court, no later than August 10, 2007, how they intend to proceed in this case after the

5/7502.1

withdrawal of their counsel. As discussed in further detail in the contemporaneously filed Motion for Default Judgment Against ABBA Bonding, Inc. and WGG, Inc. and for Involuntary Dismissal of WGG, Inc.'s Claims, which is incorporated by reference herein, Tompkins and the Sureties recommend that the Court enter judgment by default against ABBA Bonding, Inc. and WGG, Inc. as to Tompkins' claims against them, and dismiss with prejudice all counterclaims and third-party claims asserted by WGG, Inc. against Tompkins and the Sureties.

DATED: August 24, 2007                               Respectfully submitted,


                                                                            /s/ Donna M. Crowe
Robert J. Symon (D.C. Bar 436245)
Donna M. Crowe (D.C. Bar 481946)
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
Tel. 202-393-7150
*Attorneys for Tompkins Builders, Inc.*


                                                                            /s/ Jeffrey M. Mervis
Jeffrey M. Mervis (D.C. Bar 426257)
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD 20850
Tel. 301-762-0020
*Attorneys for Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company*

5/7502.1