
# WGG, INC.

Windows, Glass & Glazing

654 West Main Street
Palmyra, PA 17078
Phone: 717-838-9775
Fax: 717-838-7990

August 13, 2007

Emmet G. Sullivan
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

RE: Civil Action No. 07-45 (EGS)
     Tompkins Builders, Inc. v. ABBA Bonding, Inc., et al.
     WGG, Inc. Third Party Plaintiff v. Travelers Casualty and Surety, et al.

Your Honor,

We received your "Order" regarding the withdrawal of Waters and Wise in the Tompkins vs. WGG/ABBA case. There was a request for us to present our plan of action. I don't know what to do.

After 33 years in business, we are being forced to the brink of bankruptcy because a "Goliath" (Tompkins/Turner) who we now know has a reputation of being a "sub-killer", treated us unfairly. By not paying us for work performed at their direction, our resources were severely strained. I believe that they used a systematic strategy of crippling us so that they could justify their course of action and not pay the amounts owed to us. They succeeded in crippling us and then unfairly gouged us by supplementing our work force (even though that was not necessary to meet schedules) with outrageous priced labor ($150.00 per hour). Prior to this supplementation, we were owed hundreds of thousands of dollars and we are now owed $1.6 million.

Furthermore, although we were forced to buy our insurance through them (CCIP Program), they refused to submit our claim to their carrier for stolen and vandalized material (over $290K). The loss of this material was critical to completion of the project and with the long lead-time for replacement of this material; the strain on our resources was compounded.

We are now struggling for survival and although we repeatedly requested our attorney to try to bring all parties to the table so that some settlement arrangement could be discussed, he continued to punch the clock, run up fees, and failed to arrange any such meeting.

If ABBA, our bonding company, refuses to pay legal fees for our representation, we can't afford to retain an attorney to do so. It is my understanding that since we are a corporation, we are not allowed to represent ourselves, so it appears to be a death sentence for us unless some form of justice prevails.

I ask that you not allow this huge corporation (Tompkins/Turner) to kill us after they were the ones that created this situation. Your suggestions are welcome.

Sincerely,

Robert J. Carlson
President