## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOMPKINS BUILDERS, INC.,            )
                                    )
                    *Plaintiff*,    )       Case No. 1:07cv00045
                                    )       Judge Emmet G. Sullivan
        v.                          )
                                    )
WGG, INC., *et al.*,                )
                                    )
                    *Defendants*.   )
_____)
                                    )
WGG, INC.,                          )
                                    )
        *Third-Party Plaintiff,*    )
                                    )
        v.                          )
                                    )
TRAVELERS CASUALTY AND SURETY )
    COMPANY OF AMERICA, *et al.*,   )
                                    )
        *Third-Party Defendants.*   )
_____)

### ENTRY OF APPEARANCE

Paul V. Waters and David Hilton Wise, of Waters & Wise, PLLC, hereby enter their

appearance in this matter on behalf of Defendant and Third-Party Plaintiff WGG, Inc.

Date:   November 16, 2007                Respectfully Submitted,

                                         _/s/  Paul V. Waters_____
                                         Paul V. Waters, D.C. Bar No. 368970
                                         paulwaters@waterswise.com
                                         David Hilton Wise, D.C. Bar No. 427796
                                         davidwise@waterswise.com
                                         WATERS & WISE, P.L.L.C.
                                         3243 P Street, N.W.
                                         Washington, DC 20007
                                         Tel:    (202) 338-1338
                                         Fax:    (202) 338-3888

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 16th day of November, 2007 a true copy of the foregoing Entry of Appearance was served by first-class mail, postage-prepaid, on the following:

ABBA Bonding, Inc.
c/o Morris Sears, President
1334 Ridgewood Drive
Lillian, Alabama 36549

Robert J. Symon, Esq.
Donna M. Crowe, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Ave., N.W.
12th Floor
Washington, D.C.  20036
*Counsel for Plaintiff Tompkins Builders, Inc.*

Jeffrey M. Mervis, Esq.
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD 20850
*Counsel for Third-Party Defendants Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company*

 /s/  Paul V. Waters
Paul V. Waters