**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TOMPKINS BUILDERS, INC.,    )
    )
    *Plaintiff*,    )    Case No. 1:07cv00045
    )    Judge Emmet G. Sullivan
    v.    )
    )
ABBA BONDING, INC., *et al.*,    )
    )
    *Defendants*.    )
_____)
    )
WGG, INC.,    )
    )
    *Third-Party Plaintiff*,    )
    )
    v.    )
    )
TRAVELERS CASUALTY AND    )
SURETY COMPANY OF AMERICA,    )
FEDERAL INSURANCE COMPANY,    )
FIDELITY AND DEPOSIT COMPANY    )
OF MARYLAND, and ZURICH    )
AMERICAN INSURANCE COMPANY,    )
    )
    *Third-Party Defendants*.    )
_____)

**TOMPKINS' AND THE SURETIES' MOTION TO STRIKE INADMISSIBLE MATTER
IN THE DECLARATION OF ROBERT CARLSON AND IN WGG'S OPPOSITION TO
TOMPKINS' AND THE SURETIES' MOTION FOR DEFAULT JUDGMENT AND FOR
INVOLUNTARY DISMISSAL**

Pursuant to Rules 12(f) and Rule 56(e) of the Federal Rules of Civil Procedure, Rule 408

of the Federal Rules of Evidence, and Rule 84.9 of the Local Rules of this Court, Tompkins

Builders, Inc. ("Tompkins"), Travelers Casualty and Surety Company of America ("Travelers"),

Federal Insurance Company ("Federal"), Fidelity and Deposit Company of Maryland ("F&D"),

and Zurich American Insurance Company ("Zurich")(Travelers, Fidelity, F&D and Zurich,

collectively, the "Sureties"), by their respective counsel, respectfully move the Court to strike all

5/8442.1

inadmissible matter in the Affidavit of Robert Carlson ("Carlson Declaration") and in WGG,

Inc.'s ("WGG") Opposition ("Opposition") to Tompkins' and the Sureties' motion for default

judgment and involuntary dismissal of WGG's claims.

As set forth in more detail in the Memorandum of Points and Authorities in Support of its

Motion, which is being filed contemporaneously herewith and which is incorporated by

reference herein, Tompkins and the Sureties move to strike the Opposition and the Carlson

Declaration in substantial part, along with all attendant exhibits, because they are laden with

inadmissible evidence of confidential settlement negotiations and otherwise violate the

requirements of Rule 56(e), Fed. R. Evid. 408, and LCvR 84.9(a).

WHEREFORE, Tompkins and the Sureties respectfully request that all inadmissible

matter identified in the Carlson Declaration and the Opposition be stricken in its entirety, that all

attendant exhibits be disregarded by the Court, and that the Court grant such further and different

relief as it deems appropriate.

Counsel for Tompkins and the Sureties conferred with counsel for WGG prior to filing

this Motion.  WGG opposes the Motion.


DATED: December 10, 2007                    Respectfully submitted,

                                            ____/s/ Donna M. Crowe_____
                                            Robert J. Symon (D.C. Bar 436245)
                                            Donna M. Crowe (D.C. Bar 481946)
                                            Bradley Arant Rose & White LLP
                                            1133 Connecticut Avenue, N.W., 12th Floor
                                            Washington, D.C. 20036
                                            Tel. 202-393-7150
                                            *Attorneys for Tompkins Builders, Inc.*

_____/s/ Jeffrey M. Mervis_____

Jeffrey M. Mervis (D.C. Bar 426257)
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD  20850
Tel. 301-762-0020
*Attorneys for Travelers Casualty and Surety*
*Company of America, Federal Insurance Company,*
*Fidelity and Deposit Company of Maryland, and*
*Zurich American Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOMPKINS BUILDERS, INC.,      )
                                       )

          *Plaintiff*,       )      Case No. 1:07CV00045
                                       )      Judge Emmet G. Sullivan

      v.                )
                                       )

ABBA BONDING, INC., *et al*.,     )
                                       )

         *Defendants*.     )
_____)
                                       )

WGG, INC.,                  )
                                       )

      *Third-Party Plaintiff*,   )
                                       )

      v.                )
                                       )

TRAVELERS CASUALTY AND      )
SURETY COMPANY OF AMERICA,  )
FEDERAL INSURANCE COMPANY,  )
FIDELITY AND DEPOSIT COMPANY )
OF MARYLAND, and ZURICH     )
AMERICAN INSURANCE COMPANY, )
                                       )

      *Third-Party Defendants*.  )
_____)

## ORDER

     UPON CONSIDERATION OF Tompkins Builders, Inc.'s, Travelers Casualty and Surety

Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland,

and Zurich American Insurance Company's Motion to Strike Inadmissible Matter in the

Declaration of Robert Carlson and in WGG's Opposition to Tompkins' and the Sureties' Motion

for Default Judgment and for Involuntary Dismissal ("Motion");

     AND UPON CONISDERATION OF any opposition thereto;

5/8460.1

IT IS HEREBY ORDERED that Tompkins Builders, Inc.'s, Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company's Motion is GRANTED;

AND IT IS FURTHER ORDERED that, portions of the Carlson Declaration and Opposition WGG, Inc.'s identified in the Motion shall be stricken as set forth in the Motion and its accompanying Exhibits.

_____
Judge Emmet G. Sullivan

Serve copies to:

ABBA Bonding, Inc.
1334 Ridgewood Drive
Lillian, AL  36549
ATTN:  Morris Sears

Paul V. Waters
David Hilton Wise
Waters & Wise, PLLC
3243 P Street, N.W.
Washington, D.C.  20007
*Attorneys for WGG, Inc.*

Donna M. Crowe
Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
*Attorneys for Tompkins Builders, Inc.*

Jeffrey M. Mervis
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD  20850
*Attorneys for Travelers Casualty and Surety Company of America,*
*Federal Insurance Company, Fidelity and Deposit Company*
of Maryland, and Zurich American Insurance Company