**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
|     *Plaintiff*, ) | Case No. 1:07cv00045 |
| ) | Judge Emmet G. Sullivan |
|   v. ) | |
| ) | |
| ABBA BONDING, INC., *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |
| ) | |
| WGG, INC., ) | |
| ) | |
|     *Third-Party Plaintiff*, ) | |
| ) | |
|   v. ) | |
| ) | |
| TRAVELERS CASUALTY AND ) | |
| SURETY COMPANY OF AMERICA, ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| FIDELITY AND DEPOSIT COMPANY ) | |
| OF MARYLAND, and ZURICH ) | |
| AMERICAN INSURANCE COMPANY, ) | |
| ) | |
|     *Third-Party Defendants*. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

**MOTION FOR RECONSIDERATION OF TOMPKINS BUILDERS, INC.'S
MOTION FOR DEFAULT JUDGMENT AS AGAINST ABBA BONDING, INC.
ONLY**

Pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, Tompkins Builders, Inc. ("Tompkins"), by counsel, hereby moves the Court to reconsider its motion for a judgment by default as against ABBA Bonding, Inc. only. In support of its motion, Tompkins states as follows:

1. On January 9, 2007, Tompkins commenced this action by filing its Complaint against ABBA Bonding, Inc. ("ABBA") and WGG, Inc. ("WGG").

2. On or about August 24, 2007, Tompkins and the Sureties filed their original Motion for Default Judgment Against ABBA Bonding, Inc. and WGG, Inc. and for Involuntary Dismissal of WGG, Inc.'s Claims ("Motion for Default") (docket # 24), which Motion for Default is incorporated herein by reference.

3. At the time of the filing of the Motion for Default, neither ABBA nor WGG was represented by counsel.  By Order dated August 1, 2007 (docket #23), the Court previously had granted ABBA's and WGG's original counsel leave to withdraw, and neither ABBA nor WGG had yet appeared with new counsel.

4. On November 15, 2007, the Court held a status conference.  Neither ABBA nor WGG attended the status conference.  At the time of the status conference, neither ABBA nor WGG had responded to the Motion for Default.

5. During the November 15, 2007, status conference, the Court stated that it would grant the Motion for Default and enter a judgment against WGG *and* ABBA in the amount of $1,036,828.97.  *See* Minute Order dated November 19, 2007.

6. Thereafter, however, Paul V. Waters, of Waters & Wise P.L.L.C., entered his appearance on behalf of WGG.  *See* Minute Order dated November 19, 2007.  Mr. Waters entered his appearance on behalf of WGG *only*, and did *not* appear for ABBA.

7. Pursuant to the Court's November 19, 2007, Minute Order, on November 30, 2007, WGG, by counsel, filed its Memorandum in Opposition to the Motion for Default (docket # 29).

8. ABBA did not file a response to the Motion for Default.

9. On or about January 31, 2008, the Court denied the Motion for Default as to *both* WGG and ABBA.

10. Accordingly, Tompkins asks this Court to reconsider its Motion for Default -- as against ABBA only -- because ABBA has completely failed to appear and participate in these proceedings and utterly abandoned any defense to the claims asserted against it by Tompkins.

11. In the six (6) months since August 1, 2007, when ABBA's original counsel was granted leave to withdraw, ABBA has had ample time to retain new counsel, yet at no time since then has ABBA either appeared with new counsel or notified the Court as to its intentions regarding participation in these proceedings.

12. At no time subsequent to the August 24, 2007, filing of the Motion for Default, through the date of this Motion for Reconsideration has ABBA opposed or otherwise responded to the Motion for Default.

13. Because ABBA has failed to retain new counsel, failed to advise the Court of any intention it may have to retain counsel, and failed to oppose or otherwise respond to the Motion for Default, the Court should enter default judgment against ABBA as to Tompkins claims, in the amount of $1,036,828.97. *See* Affidavit of Derek Brown, attached as Exhibit 1 to Tompkins' and the Sureties' Motion for Default (docket # 24), at ¶16 (testifying that Tompkins' current estimated damages arising out of ABBA's defaults and breaches is $1,036,828.97.).

14. Tompkins respectfully submits that sanctions less drastic than default judgment and dismissal will not be adequate in light of ABBA's utter abandonment of these proceedings.

15. Tompkins has consulted with counsel to WGG, who stated that WGG does not oppose the relief requested in this Motion for Reconsideration.

16.     Tompkins has consulted with counsel to Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company (collectively, the "Sureties"), who stated that the Sureties do not oppose the relief requested in this Motion for Reconsideration.

WHEREFORE, for the reasons set forth herein and in the Motion for Default, Tompkins Builders, Inc., hereby moves the Court as follows:

(1)    there being <u>no opposition</u>, for a judgment by default against ABBA Bonding, Inc. and in favor of Tompkins, in the amount of $1,036,828.97; and

(2)    for such further and different relief as the Court deems just and proper.

DATED: February 13, 2008                    Respectfully submitted,

                                   ___/s/ Donna M. Crowe_____
                                   Robert J. Symon (D.C. Bar 436245)
                                   Donna M. Crowe (D.C. Bar 481946)
                                   Bradley Arant Rose & White LLP
                                   1133 Connecticut Avenue, N.W., 12th Floor
                                   Washington, D.C. 20036
                                   Tel. 202-393-7150
                                   *Attorneys for Tompkins Builders, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2008, true and correct copies of the foregoing Motion for Reconsideration was served by e-filing on:

Paul V. Waters
David Hilton Wise
Waters & Wise, PLLC
3243 P Street, N.W.
Washington, D.C.  20007
*Attorneys for WGG, Inc.*

Jeffrey M. Mervis
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD  20850
*Attorneys for Travelers Casualty and Surety Company of America,
Federal Insurance Company, Fidelity and Deposit Company
of Maryland, and Zurich American Insurance Company*

and by first-class mail on:

ABBA Bonding, Inc.
1334 Ridgewood Drive
Lillian, AL  36549
ATTN:  Morris Sears

                            ___/s/ Donna M. Crowe_____
                                Donna M. Crowe

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., ) | |
| ) | |
|     *Plaintiff*, ) | Case No. 1:07CV00045 |
| ) | Judge Emmet G. Sullivan |
| v. ) | |
| ) | |
| ABBA BONDING, INC., *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |
| ─────────────────────────────) | |
| ) | |
| WGG, INC., ) | |
| ) | |
|     *Third-Party Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| TRAVELERS CASUALTY AND ) | |
| SURETY COMPANY OF AMERICA, ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| FIDELITY AND DEPOSIT COMPANY ) | |
| OF MARYLAND, and ZURICH ) | |
| AMERICAN INSURANCE COMPANY, ) | |
| ) | |
|     *Third-Party Defendants*. ) | |
| ─────────────────────────────) | |

### **ORDER**

UPON CONSIDERATION OF Tompkins Builders, Inc.'s Motion for Reconsideration of Tompkins Builders, Inc.'s Motion for Default Judgment As Against ABBA Bonding, Inc. Only ("Motion");

AND UPON CONISDERATION OF any opposition thereto;

IT IS HEREBY ORDERED that Tompkins Builders, Inc.'s Motion is GRANTED;

5/8948.1

2

AND IT IS FURTHER ORDERED that Tompkins Builders, Inc. is granted JUDGMENT in its favor against ABBA Bonding, Inc., as to all claims asserted against ABBA in the Complaint, including an award of damages in the amount of $1,036,828.97.

_____
Judge Emmet G. Sullivan

Serve copies to:

ABBA Bonding, Inc.
1334 Ridgewood Drive
Lillian, AL  36549
ATTN:  Morris Sears

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
*Attorneys for Tompkins Builders, Inc.*

Paul V. Waters
Waters & Wise, PLLC
3243 P Street, N.W.
Washington, D.C.  20007
*Attorneys for WGG, Inc.*

Jeffrey M. Mervis
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD  20850
*Attorneys for Travelers Casualty and Surety Company of America,*
*Federal Insurance Company, Fidelity and Deposit Company*
*of Maryland, and Zurich American Insurance Company*