IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 1:07cv00045 |
| | ) | Judge Emmet G. Sullivan |
| v. | ) | |
| | ) | |
| WGG, INC., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## JOINT RECOMMENDATION FOR FURTHER PROCEEDINGS

Pursuant to the Court's Order of February 1, 2008, all represented parties to this matter hereby jointly recommend that this matter continue in accordance with the following proposed schedule and respectfully request that this Court enter an order reflecting this joint recommendation:

| | |
|---|---|
| **Initial Rule 26(a)(2) statements:** | **May 1, 2008** |
| **Responding Rule 26(a)(2) statements:** | **June 16, 2008** |
| **Fact and expert discovery closed:** | **October 2, 2008** |
| **Status Conference:** | **November 3, 2008.** |

Dated: February 13, 2008                                          Respectfully Submitted,

 /s/  Donna M. Crowe                                              /s/  Paul V. Waters
Robert J. Symon, D.C. Bar No. 436245            Paul V. Waters, D.C. Bar No. 368970
rsymon@bradleyarant.com                              paulwaters@waterswise.com
Donna M. Crowe, D.C. Bar No. 481946           David Hilton Wise, D.C. Bar No. 427796
dcrowe@bradleyarant.com                               davidwise@waterswise.com
BRADLEY ARANT ROSE & WHITE, LLP       WATERS & WISE, P.L.L.C.
1133 Connecticut Ave., N.W., 12th Floor            3243 P Street, N.W.
Washington, DC 20007                                       Washington, DC 20007
Tel:     (202) 719-8294                                          Tel:     (202) 338-1338
Fax:    (202) 338-3888                                          Fax:    (202) 338-3888
*Counsel for Tompkins Builders, Inc.*                  *Counsel for WGG, Inc.*

2

  /s/  Jeffrey M. Mervis
Jeffrey M. Mervis, D.C. Bar No. 426257
jmervis@mervislaw.com
MERVIS & ASSOCIATES, LLC
51 Monroe Street, Suite 608
Rockville, Maryland 20850
Tel:   (301) 762-0020
Fax:   (301) 762-0229

*Counsel for Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMPKINS BUILDERS, INC., )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>WGG, INC., *et al.*, )<br>)<br>    *Defendants*. )<br>_____) | Case No. 1:07cv00045<br>Judge Emmet G. Sullivan |

**ORDER**

**THIS MATTER COMES BEFORE THE COURT** upon the joint recommendation of all represented parties for future proceedings, and,

**IT APPEARING** that there is good cause to amend the scheduling order, it is therefore

**ORDERED** that the dates shall be amended as follows:

| | |
|---|---|
| **Initial Rule 26(a)(2) statements:** | **May 1, 2008** |
| **Responding Rule 26(a)(2) statements:** | **June 16, 2008** |
| **Fact and expert discovery closed:** | **October 2, 2008** |
| **Status Conference:** | **November 3, 2008.** |

**ENTERED** on this _____ day of _____, 2008.

_____
The Honorable Emmet G. Sullivan