IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMPKINS BUILDERS, INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>WGG, INC., et al., )<br>)<br>   Defendants. )<br>_____)<br>)<br>WGG, INC., )<br>)<br>   Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, et al., )<br>)<br>   Third-Party Defendants. )<br>_____) | Case No. 1:07cv00045<br>Judge Emmet G. Sullivan |

## ENTRY OF APPEARANCE

James J. Gross and Thyden Gross and Callahan LLP hereby enter their appearance in this matter on behalf of Defendant ABBA Bonding, Inc.

Date: March 28, 2008

                                                Respectfully Submitted,

                                                THYDEN GROSS AND CALLAHAN

                                                /s/ James J. Gross
                                                James J. Gross, District Court Bar No. 232090
                                                tgclawyers@smart.net
                                                4601 Willard Avenue
                                                Chevy Chase, Maryland 20815

Tel: (301) 907-4580
Fax: (301) 907-4588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing paper was sent via first class mail this 2ND day of April, 2008, to the following:

Robert J. Symon, Esq.
Donna M. Crowe, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Ave., N.W.
12th Floor
Washington, D.C. 20036
Counsel for Plaintiff Tompkins Builders, Inc.

Paul V. Waters, D.C. Bar No. 368970
David Hilton Wise, D.C. Bar No. 427796
WATERS & WISE, P.L.L.C.
3243 P Street, N.W.
Washington, DC 20007
Counsel for WGG, Inc.

Jeffrey M. Mervis, Esq.
Mervis & Associates, LLC
51 Monroe St., Suite 608
Rockville, MD 20850
Counsel for Third-Party Defendants Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company

_____
James J. Gross