**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMPKINS BUILDERS, INC.,           )<br>                                                       )<br>            *Plaintiff*,                           )<br>                                                       )<br>    v.                                              )<br>                                                       )<br>ABBA BONDING, INC., *et al*.,        )<br>                                                       )<br>            *Defendants*.                     )<br>_____)<br>                                                       )<br>WGG, INC.,                                   )<br>                                                       )<br>            *Third-Party Plaintiff*,        )<br>                                                       )<br>    v.                                              )<br>                                                       )<br>TRAVELERS CASUALTY AND    )<br>SURETY COMPANY OF AMERICA, )<br>FEDERAL INSURANCE COMPANY, )<br>FIDELITY AND DEPOSIT COMPANY )<br>OF MARYLAND, and ZURICH       )<br>AMERICAN INSURANCE COMPANY, )<br>                                                       )<br>            *Third-Party Defendants*.   )<br>_____) | Case No. 1:07CV00045<br>Judge Emmet G. Sullivan |

NOTICE OF CHANGE OF ADDRESS

THE CLERK OF THE COURT WILL please take note of the following new address for Jeffrey M. Mervis, Esq., counsel for defendants, Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company:

>Sack Harris & Martin, PC
>8270 Greensboro Drive, Suite 810
>McLean, VA 22102
>Phone: (703) 883-0102
>Fax:    (703) 883-0108
>Email: jmm@sacklaw.com

|  |  |
|---|---|
|  | Respectfully submitted: |
| Dated: May 13, 2008 | /s/ Jeffrey M. Mervis<br>Jeffrey M. Mervis, D.C. Bar #426257<br>Sack Harris & Martin, PC<br>8270 Greensboro Drive, Suite 810<br>McLean, VA 22102<br>Phone: (703) 883-0102 /Fax: (703) 883-0108<br>Email: jmm@sacklaw.com<br>Counsel for Defendants Travelers Casualty and Surety Company of America, Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2008, a true and correct copy of the foregoing Answer was served by electronic and regular U.S. Mail, postage prepaid, to:

Paul V. Waters, Esq.
David Hilton Wise, Esq.
Waters & Wise, P.L.L.C.
10565 Fairfax Boulevard, Suite 205
Fairfax, Virginia 22030
*Attorneys for WGG, Inc.*

Robert J. Symon, Esq., D.C Bar # 436245
Donna M. Crowe, Esq., D.C. Bar # 481946
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C.  20036
*Counsel for Tompkins Builders, Inc.*

James Joseph Gross, Esq.
Thyden, Gross & Callahan
4601 Willard Avenue
Chevy Chase, MD 20815
*Counsel for ABBA Bonding Company*

/s/ Jeffrey M. Mervis
Jeffrey M. Mervis